RICHARD L. GROSS and JOHN ELLENBURG and ROD–
NEY CONNER, Doing Business as THE ELLEN–
BURG AND CONNER COMPANY, Appellants, v.
ETHEL McCALL and WILLIAM A. McCALL, Hus–
band and Wife, Respondents.

No. 8750

October 28, 1976                     555 P.2d 847

*Vargas, Bartlett & Dixon,* Las Vegas, for Appellants.

*Beckley, Singleton, DeLanoy & Jemison,* Las Vegas, for
Respondents.

## OPINION

*Per Curiam:*

Appellants contend the district court erred by granting
respondents' motion for summary judgment because there
existed material issues of fact to be decided. We disagree.

Appellants sought specific performance of an oral contract to
convey real property and payment of real estate commissions
due under that contract. Respondents affirmatively raised the
Statute of Frauds as a defense and moved for summary judg-
ment. After considering supporting affidavits and pleadings, the
district court entered summary judgment. Viewing the evidence
presented in a light most favorable to appellants, we perceive
no error. NRCP 56; see: Olson v. Iacometti, 91 Nev. 241,

533 P.2d 1360 (1975); Tibbs v. Smart and Final Iris Co., 313 P.2d 636 (Cal.App. 1957); cf. Ades v. Supreme Lodge Order of Ahepa, 181 P.2d 161 (N.M. 1947).

Affirmed.